**In the Interest of D.N.H. (Minor Child), Plaintiff;**

**P.A.K. (Adoptive Mother), Respondent,**

v.

**G.J.B. (Natural Mother), Appellant.**

**Nos. WD 58634, WD 58635.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Oct. 30, 2001.

Application for Transfer Denied
Dec. 18, 2001.

Gerald F. McGonagle, Kansas City, MO, Attorney and Guardian for Plaintiff.

Patrick M. Davis, Kansas City, MO, Attorney for Appellant.

Before SPINDEN, C.J., HOWARD and HARDWICK, J.J.

## ORDER

PER CURIAM.

This appeal arises from a judgment permitting the adoption of Minor Child, whereby the natural parents' rights to the child were terminated. For reasons stated in the Memorandum provided to the parties, we affirm the trial court's judgment as appealed by the Natural Mother. Rule 84.16(b).